AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **JUDGMENT**<br>T.R. DRISCOLL, INC., ) **CASE NO. 7:11CV-167-D**<br>)<br>Defendant. ) | |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court AWARDS Plaintiff judgment in the amount of $1,025,449.64 against T.R. Driscoll, Inc.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**JUNE 17, 2013**</u> WITH A COPY TO:

L. Franklin Elmore & Bryan Patrick Kelley (via CM/ECF electronic notification)
Kevin L. Sink (via CM/ECF electronic notification)


<u>June 17, 2013</u>                                     JULIE A. RICHARDS, Clerk
Date                                                   Eastern District of North Carolina

                                                                         <u>/s/ Debby Sawyer               </u>
                                                                         (By) Deputy Clerk

Raleigh, North Carolina